**Robert S. Thomas, II**
Chapter 13 Trustee
(410) 825-5923

*Address for Correspondence*

300 E. Joppa Road, #409
Towson, MD 21286

*Address for Plan Payments*

P.O. Box 1838
Memphis, TN 38101-1838

January 21, 2020

U.S. Bankruptcy Court
8308 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Dear Processor:

Enclosed is ~~[redacted]~~ check #0248757, in the amount of $1,024.00, ~~[redacted]~~ to be deposited into Unclaimed Funds for the cases listed on the attached Exhibit A.

If you have any questions, please call our office.

Sincerely,

Robert S. Thomas, Trustee

Att.

*Fax* ~ 410-825-5904
*inquiries@ch13balt.com*

| | | | | |
|---|---|---|---|---|
| 18-17946<br>Stone | Michael D. Stone<br>3233 Summit Avenue<br>Parkville, MD 21234- | | $1,024.00 | |